## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> **Thomas Mark Ginder and** <br> **Melissa Lynn Baer,** <br>     **Debtors** | Bankruptcy No: 12-13944 |

### PRAECIPE TO CHANGE ADDRESS OF DEBTOR, MELISSA LYNN BAER, ONLY

TO THE CLERK, UNITED STATES BANKRUPTCY COURT;

    Please be advised that the captioned Debtor, Melissa Lynn Baer, has a mailing address of

    Melissa Lynn Baer
    P O Box 493
    Orefield PA 18069

Dated: 10/14/16

/s/Everett Cook, Esq.
Everett Cook, Esq.
Attorney for Debtor
2309 MacArthur Road
Whitehall PA 18042
610 351 3566
Fax: 610-351 3556