## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Thomas Mark Ginder and**<br>**Melissa Lynn Baer,**<br>    Debtors | Bankruptcy No: 12-13944 |

### PRAECIPE TO CHANGE ADDRESS OF DEBTOR, THOMAS MARK GINDER, ONLY

TO THE CLERK, UNITED STATES BANKRUPTCY COURT;

Please be advised that the captioned Debtor, Thomas Mark Ginder, has a mailing address of:

    Thomas Mark Ginder
    1235 Lehigh Avenue
    Allentown PA 18103

Dated: 5/11/17

/s/Everett Cook, Esq.
Everett Cook, Esq.
Attorney for Debtor
2309 MacArthur Road
Whitehall PA 18042
610 351 3566
Fax: 610-351 3556