# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Thomas Mark Ginder and**<br>**Melissa Lynn Baer,**<br>    **Debtors** | **Bankruptcy No: 12-13944** |

## ADDENDUM TO CHAPTER 13 PLAN DATED AUGUST 21, 2013

Debtors' Amended Plan dated August 21, 2013, is here by amended, as follows:

1(d)   Total amount to be paid to Trustee shall be not less than $17,836.02.

Dated: 5/11/17

/s/ Thomas Mark Ginder
Signature of Debtor

/s/ Melissa Lynn Baer
Signature of Debtor

/s/Everett Cook
Signature of Attorney