## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Thomas Mark Ginder | : | |
| | Melissa Lynn Baer | : | No. 12-13944 ref |
| | Debtors | : | Chapter 13 |

### CERTIFICATE OF NO RESPONSE TO SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, counsel for the Debtors, hereby certify that on May 18, 2017 a Supplemental Application For Compensation And Reimbursement Of Expenses was served upon the creditors and parties in interest listed herein below and on the attached Label Matrix for local noticing.

**JOSHUA ISAAC GOLDMAN**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**LISA MARIE CIOTTI**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**THOMAS I. PULEO**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**LEON P. HALLER**
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392

The above-named have failed to file on or before June 8, 2017 (21 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 6/9/17

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 Macarthur Road
Whitehall, PA, 18052
610.351.3566
610.351.3556 FAX

Label Matrix for local noticing
0313-4
Case 12-13944-ref
Eastern District of Pennsylvania
Reading
Thu May 18 13:33:05 EDT 2017

AES/PHEAA
PO BOX 8147
HARRISBURG, PA 17105-8147

ECMC
P.O. Box 75906
St. Paul, MN 55175

Midland Funding LLC by American InfoSource L
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

Midland Funding LLC by American InfoSource L
PO Box 4457
Houston, TX 77210-4457

Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

AES/PHEAA
PO BOX 8183
HARRISBURG, PA 17105-8183

Aes/first Comm Cu
1200 N 7th St
Harrisburg, PA 17102-1419

Aes/pnc Natl City
1200 N 7th St
Harrisburg, PA 17102-1419

Cbalv/1st Commonwealth
257 Brodhead Rd
Bethlehem, PA 18017-8938

ECMC
PO Box 16408
St. Paul, MN 55116-0408

Eaf Llc (original Creditor:08 Chase Bank
1120 West Lake Co Suite B
Buffalo Grove, IL 60089-1970

Educational Credit Management Corp
PO Box 16408
St Paul MN 55116-0408

Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

National Recovery Agen (original Credito
2491 Paxton St
Harrisburg, PA 17111-1036

Nco Fin/99 (original Creditor:progressiv
Po Box 15636
Wilmington, DE 19850-5636

Nco Fin/99 (original Creditor:td Bank  N
Po Box 15636
Wilmington, DE 19850-5636

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101-1406
Attn: ALSV/Anne

Pennsylvania Housing Finance Agency
c/o Thomas Puleo, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Phfa
2101 N Front St
Harrisburg, PA 17110-1086

Quest Diagnostics
P.O. Box 740775
Cincinnati, OH 45274-0775

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

The Law Offices of Everett Cook, P.C.
2747 Macarthur Road
Whitehall, PA 18052-3632

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702-3397

Vzw Ne
National Recovery P.o. Box 26055
Minneapolis, MN 55426

Wells Fargo Bank
Overdraft Recovery
P.O. Box 50014
Roanoke, VA 24040-0014

Wm. L. Ginder Kitchens & Bathrooms
2251 Walbert Ave.
Allentown, PA 18104-1358

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606-0410

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052-4523

Melissa Lynn Baer
P.O. Box 493
Orefiled, PA 18069-0493

Thomas Mark Ginder
1235 Lehigh Avenue
Allentown, PA 18103-8407

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Pennsylvania Housing Finance Agency

(u) U.S. Bank, National Association Trustee fo

(d) AES/PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

(d) ECMC
P.O. Box 75906
St. Paul, MN 55175

(d) Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

End of Label Matrix
Mailable recipients    33
Bypassed recipients     5
Total                  38