# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Thomas Mark Ginder | : |
| | Melissa Lynn Baer | :    No. 12-13944 ref |
| | Debtors | :    Chapter 13 |

## ORDER

**AND NOW,** upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan,

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $496.00 for attorney fees and expenses in the amount of $1.34 for a total fee of $497.34.

**Date: June 13, 2017**

_____
U.S. Bankruptcy Judge