United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas Mark Ginder
Melissa Lynn Baer
     Debtors

Case No. 12-13944-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Jun 13, 2017
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.
db        +Thomas Mark Ginder,   1235 Lehigh Avenue,   Allentown, PA 18103-8407
jdb       +Melissa Lynn Baer,   P.O. Box 493,   Orefiled, PA 18069-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOHN EVERETT COOK   on behalf of Debtor Thomas Mark Ginder bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
      JOHN EVERETT COOK   on behalf of Joint Debtor Melissa Lynn Baer bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank, National Association Trustee for The Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LEON P. HALLER   on behalf of Creditor   U.S. Bank, National Association Trustee for The Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
      LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
      LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      THOMAS I. PULEO   on behalf of Creditor   Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Thomas Mark Ginder     : 
           Melissa Lynn Baer        :     No. 12-13944 ref
              Debtors             :     Chapter 13

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan,

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $496.00 for attorney fees and expenses in the amount of $1.34 for a total fee of $497.34.

**Date: June 13, 2017**

_____
U.S. Bankruptcy Judge