UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Thomas Mark Ginder and**<br>**Melissa Lynn Baer,**<br>    **Debtors** | Bankruptcy No: 12-13944 |

## ADDENDUM TO CHAPTER 13 PLAN DATED JULY 21, 2017

Debtors' Amended Plan dated July 21, 2017, is here by amended, as follows:

5(b)  Creditor              Collateral    Arrears       Regular Monthly Payment
      Pa Housing & Finance  Residence     $12,634.20    $1,029.00


Dated: 8/3/17                    /s/ Thomas Mark Ginder
                                 Signature of Debtor

                                 /s/ Melissa Lynn Baer
                                 Signature of Debtor

/s/Everett Cook
Signature of Attorney