UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :   Bankruptcy No: 12-13944
**Thomas Mark Ginder and**  :
**Melissa Lynn Baer,**  :
    **Debtors**  :
  :

## CERTIFICATE OF NO RESPONSE

I, Everett Cook, Esquire, counsel for the Debtors, hereby certify that on July 21, 2017 a Motion to Modify Plan Post-Confirmation was served on the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**JOSHUA ISAAC GOLDMAN**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**LEON P. HALLER**
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392

**THOMAS I. PULEO**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

The above-named have failed to file on or before August 8, 2017 (18 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 8/9/17

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 Macarthur Road
Whitehall, PA, 18052
610.351.3566
610.351.3556 FAX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 12-13944-ref<br>Eastern District of Pennsylvania<br>Reading<br>Wed Jun 21 15:50:52 EDT 2017 | AES/PHEAA<br>PO BOX 8147<br>HARRISBURG, PA 17105-8147 | ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175 |
| Midland Funding LLC by American InfoSource L<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 | AES/PHEAA<br>PO BOX 8183<br>HARRISBURG, PA 17105-8183 | Aes/first Comm Cu<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 |
| Aes/pnc Natl City<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 | Cbalv/1st Commonwealth<br>257 Brodhead Rd<br>Bethlehem, PA 18017-8938 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| Eaf Llc (original Creditor:08 Chase Bank<br>1120 West Lake Co Suite B<br>Buffalo Grove, IL 60089-1970 | Educational Credit Management Corp<br>PO Box 16408<br>St Paul MN 55116-0408 | Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall PA 18052-4523 |
| Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | National Recovery Agen (original Credito<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 |
| Nco Fin/99 (original Creditor:progressiv<br>Po Box 15636<br>Wilmington, DE 19850-5636 | Nco Fin/99 (original Creditor:td Bank N<br>Po Box 15636<br>Wilmington, DE 19850-5636 | Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101-1406<br>Attn: ALSV/Anne |
| Pennsylvania Housing Finance Agency<br>c/o Thomas Puleo, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Phfa<br>2101 N Front St<br>Harrisburg, PA 17110-1086 | Quest Diagnostics<br>P.O. Box 740775<br>Cincinnati, OH 45274-0775 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | The Law Offices of Everett Cook, P.C.<br>2747 Macarthur Road<br>Whitehall, PA 18052-3632 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 |
| VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Vzw Ne<br>National Recovery P.o. Box 26055<br>Minneapolis, MN 55426 | Wells Fargo Bank<br>Overdraft Recovery<br>P.O. Box 50014<br>Roanoke, VA 24040-0014 |

Wm. L. Ginder Kitchens & Bathrooms
2251 Walbert Ave.
Allentown, PA 18104-1358

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606-0410

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052-4523

Melissa Lynn Baer
P.O. Box 493
Orefield, PA 18069-0493

Thomas Mark Ginder
1235 Lehigh Avenue
Allentown, PA 18103-8407

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Pennsylvania Housing Finance Agency

(u) U.S. Bank, National Association Trustee fo

(d) AES/PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

(d) ECMC
P.O. Box 75906
St. Paul, MN 55175

(d) Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

End of Label Matrix
Mailable recipients    34
Bypassed recipients     5
Total                  39