UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 12-13944 |
| Thomas Mark Ginder and | : | |
| Melissa Lynn Baer, | : | |
|     Debtors | : | |
| | : | |

## ORDER

AND NOW, after notice and hearing on Debtors' Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1. The Modified Post Confirmation Chapter 13 Plan dated July 21, 2017 is confirmed.

SO ORDERED
BY THE COURT:

Date: August 11, 2017

_____
J.