United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-13944-ref
Thomas Mark Ginder                                                  Chapter 13
Melissa Lynn Baer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela          Page 1 of 1          Date Rcvd: Aug 14, 2017
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
db          +Thomas Mark Ginder,   1235 Lehigh Avenue,   Allentown, PA 18103-8407
jdb         +Melissa Lynn Baer,   P.O. Box 493,   Orefiled, PA 18069-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOHN EVERETT COOK   on behalf of Debtor Thomas Mark Ginder bankruptcy@everettcooklaw.com,
              G29494@notify.cincompass.com
              JOHN EVERETT COOK   on behalf of Joint Debtor Melissa Lynn Baer bankruptcy@everettcooklaw.com,
              G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank, National Association Trustee for The
              Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pennsylvania Housing Finance Agency
              bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER   on behalf of Creditor   U.S. Bank, National Association Trustee for The
              Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com
              LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
              dmaurer@pkh.com
              LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              THOMAS I. PULEO   on behalf of Creditor   Pennsylvania Housing Finance Agency
              tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :        **Bankruptcy No: 12-13944**
**Thomas Mark Ginder and**          :
**Melissa Lynn Baer,**              :
    **Debtors**                   :
                          :

## ORDER

AND NOW, after notice and hearing on Debtors' Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1.    The Modified Post Confirmation Chapter 13 Plan dated July 21, 2017 is confirmed.

**SO ORDERED**
**BY THE COURT:**

**Date: August 11, 2017**

                                                         J.