United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-13944-ref
Thomas Mark Ginder                                                  Chapter 13
Melissa Lynn Baer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa            Page 1 of 2                Date Rcvd: Oct 17, 2017
                           Form ID: 138NEW       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
```
db          +Thomas Mark Ginder,    1235 Lehigh Avenue,    Allentown, PA 18103-8407
jdb         +Melissa Lynn Baer,    P.O. Box 493,    Orefiled, PA 18069-0493
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12782262    +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12806984    +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
12737034    +Aes/first Comm Cu,    1200 N 7th St,    Harrisburg, PA 17102-1419
12737035    +Aes/pnc Natl City,    1200 N 7th St,    Harrisburg, PA 17102-1419
12737036    +Cbalv/1st Commonwealth,    257 Brodhead Rd,    Bethlehem, PA 18017-8938
13368660    +ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
12890836     ECMC,    P.O. Box 75906,    St. Paul, MN  55175
12737037    +Eaf Llc (original Creditor:08 Chase Bank,    1120 West  Lake Co Suite B,
              Buffalo Grove, IL 60089-1970
13368821     Educational Credit Management Corp,    PO Box 16408,    St Paul MN  55116-0408
13920795    +Law Offices of Everett Cook, P.C.,    2309 MacArthur Road,    Whitehall PA 18052-4523
12737038    +National Recovery Agen (original Credito,    2491 Paxton St,    Harrisburg, PA 17111-1036
12737040    +Nco Fin/99 (original Creditor:td Bank N,    Po Box 15636,    Wilmington, DE 19850-5636
13847686    +Pennsylvania Housing Finance Agency,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12737042     Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH  45274-0775
12843783     VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
12737043     Vzw Ne,    National Recovery P.o. Box 26055,    Minneapolis, MN  55426
12855864     Wells Fargo Bank,    Overdraft Recovery,    P.O. Box 50014,    Roanoke, VA 24040-0014
12737044    +Wm. L. Ginder Kitchens & Bathrooms,    2251 Walbert Ave.,    Allentown, PA 18104-1358
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: roberts12@dnb.com Oct 18 2017 01:41:43    Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:41:14
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2017 01:41:52    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:45:18
              Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:44:52
              Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
13028943     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:44:52    Midland Funding LLC,
              by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
12934120     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:45:05    Midland Funding LLC,
              by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
12737039    +E-mail/Text: bankruptcydepartment@tsico.com Oct 18 2017 01:42:19
              Nco Fin/99 (original Creditor:progressiv,    Po Box 15636,    Wilmington, DE 19850-5636
13124872    +E-mail/Text: blegal@phfa.org Oct 18 2017 01:41:35    Pennsylvania Housing Finance Agency,
              211 North Front Street,    Harrisburg, PA 17101-1406,    Attn: ALSV/Anne
12737041     E-mail/Text: blegal@phfa.org Oct 18 2017 01:41:35    Phfa,    2101 N Front St,
              Harrisburg, PA 17110-1086
12784845     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2017 01:35:37    Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12777587     E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2017 01:35:50
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                       TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*          ECMC,    P.O. Box 75906,    St. Paul, MN  55175
cr*          Portfolio Investments II LLC,    c/o Recovery Management Systems Corporat,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
12936099    ##+The Law Offices of Everett Cook, P.C.,    2747 Macarthur Road,    Whitehall, PA 18052-3632
                                                                           TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa              Page 2 of 2            Date Rcvd: Oct 17, 2017
                             Form ID: 138NEW         Total Noticed: 36
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Melissa Lynn Baer bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Thomas Mark Ginder bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association Trustee for The
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank, National Association Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Pennsylvania Housing Finance Agency
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                        TOTAL: 10

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Thomas Mark Ginder and Melissa
Lynn Baer

              Debtor(s)                        Bankruptcy No: 12−13944−ref

                                                Chapter: 13

_____

***NOTICE***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

            400 Washington Street
            Suite 300
            Reading, PA 19601

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

            For The Court

            Timothy B. McGrath
            Clerk of Court

Dated: 10/17/17

                                   95 − 94
                                 Form 138_new