*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Thomas Mark Ginder and Melissa Lynn Baer   : Case No. 12–13944–ref
    Debtor(s)

### ORDER
_____

AND NOW, this day, November 27, 2017, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Richard E. Fehling
Judge, United States Bankruptcy Court

99
Form 195